No. 379, Misc. MITCHELL v. NEW YORK. Appellate Division, Supreme Court of New York, First Judicial Department. Certiorari denied.

No. 380, Misc. BRIDGES v. ILLINOIS. Supreme Court of Illinois. Certiorari denied.

No. 382, Misc. DRUMM v. CALIFORNIA. Supreme Court of California. Certiorari denied.

No. 384, Misc. GOMINO v. PENNSYLVANIA. Supreme Court of Pennsylvania. Certiorari denied.

No. 386, Misc. LARTIGUE v. R. J. REYNOLDS TOBACCO Co. ET AL. C. A. 5th Cir. Certiorari denied. *H. Alva Brumfield* and *Melvin M. Belli* for petitioner. *Harry McCall, Harry B. Kelleher, Theodore Kiendl* and *Porter R. Chandler* for respondents.

No. 389, Misc. CUFF v. PENNSYLVANIA. C. A. 3d Cir. Certiorari denied.

No. 390, Misc. HOLLINS v. PATE, WARDEN. Criminal Court of Cook County, Illinois. Certiorari denied.

No. 391, Misc. HARRIS v. OHIO. Supreme Court of Ohio. Certiorari denied.

No. 394, Misc. PHILLIPS v. ALABAMA. Supreme Court of Alabama. Certiorari denied. Petitioner *pro se*. *Richmond M. Flowers,* Attorney General of Alabama, and *John C. Tyson III,* Assistant Attorney General, for respondent.